**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000434
19-DEC-2025
08:17 AM
Dkt. 23 OGMD**

NO. CAAP-25-0000434

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
BRANDAN NICHOLSON, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-24-0000628)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Defendant-Appellant Brandan Nicholson's (Nicholson) October 27, 2025 *Motion to Dismiss Appeal*, the papers in support, and the record, it appears that:

(1) The appeal has been docketed;

(2) Nicholson seeks to dismiss the appeal; and

(3) In support of the motion, Nicholson has filed a declaration showing he is withdrawing the appeal voluntarily and understands the consequences of dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, pursuant to HRAP Rule 42(b)-(c).

DATED: Honolulu, Hawaiʻi, December 19, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge